UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KIMBERLY D. CROSSON, </br></br> Plaintiff </br></br> v. </br></br> DAYS INN, et al. </br></br> Defendants | ) </br> ) </br> ) </br> )  1:22-cv-00164-LEW </br> ) </br> ) </br> ) </br> ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On June 28, 2022, the United States Magistrate Judge filed with the court, with copies to Plaintiff his Recommended Decision on Plaintiff's failure to prosecute. The time within which to file objections expired on July 12, 2022, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's complaint is hereby dismissed.

SO ORDERED.

Dated this 28th day of July, 2022.

                                                           /s/ Lance E. Walker
                                                UNITED STATES DISTRICT JUDGE